UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNJOLEE MOORE, | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 1:23-CV-14-KAC-CHS ) ) |
| BRIAN ELLER, | ) ) |
| Respondent. | ) ) |

## JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSED** this action with prejudice under Federal Rule of Civil Procedure 41(b). Because the Court **CERTIFIED** that any appeal would not be taken in good faith and would be totally frivolous, the Court **DENIED** Plaintiff leave to appeal *in forma pauperis* should he file a notice of appeal. *See* Fed. R. App. P. 24. The Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
CLERK OF COURT